UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY ALAN WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. STEVEN MACARTHUR, *et al.*,<br><br>    Defendants.<br>_____/ | 3:06-cv-00180-HDM-RAM<br><br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION |

The court has considered the report and recommendation of the United States Magistrate Judge (#44) filed on April 4, 2007, in which the Magistrate Judge recommends that this court enter an order granting defendants' motion for summary judgment (#27). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#44).

The defendants' motion for summary judgment (#27) is **GRANTED**.

It is so ORDERED.

Dated this 8th day of May, 2007.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE